UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
In RE SUBPOENA BY A RECEIVER IN
COMMODITY FUTURES TRADING
COMMISSION,

                    Plaintiff,

-against-

OASIS INTERNATIONAL GROUP, LIMIT ET AL.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024
```

24 Misc. 577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received attorney Stephen N. Preziosi's motion to modify a subpoena issued by a receiver in Case No. 19 Civ. 886 (M.D. Fla.). Mot., ECF No. 1. By **December 17, 2024**, Preziosi shall serve a copy of his motion and attachments at ECF No. 1 on the receiver and file proof of such service on the docket. By **January 2, 2025**, Preziosi shall email the Court at <Torres_NYSDChambers@nysd.uscourts.gov> a single PDF containing unredacted copies of the emails listed at pages 19–26 of the Motion for *in camera* review. By **January 9, 2025**, the receiver shall respond to the motion. Preziosi shall file his reply, if any, within **two weeks** of receiving the receiver's response.

    SO ORDERED.

Dated: December 12, 2024
         New York, New York

                                              ANALISA TORRES
                                       United States District Judge