UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In RE SUBPOENA BY A RECEIVER IN
COMMODITY FUTURES TRADING
COMMISSION,

                              Plaintiff,

              -against-

OASIS INTERNATIONAL GROUP, LIMITED
ET AL.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/2026

24 Misc. 577 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 9, 2026, the Court granted Stephen Preziosi's motion to quash a subpoena issued by the United States District Court for the Middle District of Florida, and denied a cross-motion for indirect civil contempt filed by Burton W. Wiand. *See* ECF No. 21 at 1. The Court ordered that Preziosi provide an amended privilege log to Wiand by January 23, 2026. *Id.* at 10. On January 21, 2026, Preziosi filed a letter certifying compliance with the terms of this Court's order. ECF No. 22.

The Court directed the Wiand to file any motion to further modify the subpoena and compel production of specific emails, if any dispute concerning the adequacy of Preziosi's privilege log arose, within "30 days of [Wiand's] receipt of Preziosi's privilege log." ECF No 21 at 10. Thirty days since Preziosi certified compliance with the terms of this Court's January 9 order have passed, and the Court has not received any further submission from the parties in over three months. Accordingly, the Court considers the issues raised by Plaintiff's motion to quash to be resolved.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: April 27, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge